# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MIGUEL ANGEL MARTINEZ,<br><br>    Petitioner,<br><br>v.<br><br>YEATES, Warden,<br><br>    Respondent. | No. EDCV 06-1142-VBF (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 1-13-10

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE